November 4, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE ESTATE OF CECELIA MARGARET GIBBONS, DECEASED

NO. 14-13-00078-CV

_____

   This cause, an appeal from the Final Order signed, November 6, 2012, was heard on the transcript of the record. To the extent appellants Gwen Stribling Henderson, Raven A. Pitre, and Christine S. Willie attempt to appeal from any of the trial court's contempt orders, we order this appeal **DISMISSED**. Except to this extent, we order the trial court's Final Order **AFFIRMED**. We order appellants, Gwen Stribling Henderson, Raven A. Pitre, and Christine S. Willie, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.